IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MELINDA SELDEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-00933 |
| ) | |
| LENDINGCLUB CORP., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF SETTLEMENT

Plaintiff Melinda Selden, by counsel, notifies the Court that she has settled her claims against Defendant LendingClub Corporation ("LendingClub"). Plaintiff and LendingClub are working to finalize the settlement and will submit dismissal papers within thirty (30) days unless the Court orders an earlier submission.

Respectfully submitted,

**MELINDA SELDEN**

By: _/s/ Kristi C. Kelly_
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
Pat McNichol, VSB #92699
KELLY GUZZO, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA  22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com