IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MELINDA SELDEN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. 1:23-cv-00933-AJT-WEF |
| | : | |
| LENDING CLUB CORP., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## <u>AS TO LENDINGCLUB CORP.</u>

Plaintiff, by counsel and with the signature of counsel for LendingClub Corp., stipulates to the dismissal with prejudice of all claims in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties also stipulate to the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

AND THIS CAUSE IS ENDED.

DATED: October 26, 2023                                          Respectfully submitted,

  /s/ Kristi C. Kelly                                                     By:   /s/ Ethan G. Ostroff.
Kristi Cahoon Kelly (VSB #72791)                     Ethan G. Ostroff (VSB #71610)
Andrew Joseph Guzzo (VSB #82170)               Troutman Pepper Hamilton Sanders LLP
Casey S. Nash (VSB #84261)                            222 Central Park Ave, Suite 2000
KELLY GUZZO, PLC                                          Virginia Beach, VA 23462
3925 Chain Bridge, Suite 202                           Telephone: (757) 687-7541
Fairfax, VA  22030                                             Facsimile: (757) 687-1541
Telephone: (703) 424-7571                              Email: ethan.ostroff@troutman.com
Facsimile:  (703) 591-0167                               *Counsel for LendingClub Corp.*
E-mail:  kkelly@kellyguzzo.com
E-mail:  aguzzo@kellyguzzo.com
E-mail:  casey@kellyguzzo.com                                       So Ordered
*Counsel for Plaintiff*

                                                                                   _____
                                                                                   Anthony J. Trenga         10/26/2023
                                                                                   Senior U.S. District Judge

1